1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 LARRY LEWIS JUDGE,                    )        NO. ED CV 11-1887-SVW(E)
                                        )
12            Plaintiff,                )
                                        )
13       v.                             )        ORDER ACCEPTING FINDINGS,
                                        )
14 SAN BERNARDINO COUNTY                )        CONCLUSIONS AND RECOMMENDATIONS
   DEPARTMENT, ET AL.,                  )
15                                      )        OF UNITED STATES MAGISTRATE JUDGE
             Defendants.                )
16 _____     )

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19 Complaint, all of the records herein and the attached Report and

20 Recommendation of United States Magistrate Judge.  The Court accepts

21 and adopts the Magistrate Judge's Report and Recommendation.

22

23       IT IS ORDERED that Judgment shall be entered dismissing the

24 action without prejudice.

25 ///

26 ///

27 ///

28 ///

1       IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2  this Order and the Judgment of this date on Plaintiff.

3

4          DATED: June 4, 2013

5

6                                        _____

7                                             STEPHEN V. WILSON
                                         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28