**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
LARRY LEWIS JUDGE,              )     NO. ED CV 11-1887-SVW(E)
                               )
              Plaintiff,       )
                               )
      v.                       )          JUDGMENT
                               )
SAN BERNARDINO COUNTY          )
DEPARTMENT, ET AL.,            )
                               )
              Defendants.      )
_____)
```

IT IS ADJUDGED that the action is dismissed without prejudice.


DATED:  June 4, 2013


_____
          STEPHEN V. WILSON
     UNITED STATES DISTRICT JUDGE